Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ABAD, individually and behalf of others similarly situated,

    Plaintiff,

v.

CARDWORKS SERVICING LLC,

    Defendant.

Case No.:

**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692)**

**JURY TRIAL DEMAND**

## I. INTRODUCTION

1. In this case, Plaintiff seeks to invoke federal law to curb the practices of Defendant, a debt collector, from sending collection letters that are false, deceptive and misleading in violation of 15 U.S.C. § 1692e and overshadow and contradict the validation requirements of 15 U.S.C. § 1692g. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

## II. JURISDICTION AND VENUE

2. Jurisdiction is conferred on the Court by 15 U.S.C. § 1692k; 28 U.S.C. § 1331, 1367.

## III. PARTIES

4. Plaintiff Michael Abad ("Mr. Abad") is a natural person, who resides in San Mateo county.

5. Defendant is debt collector within the FDCPA.

COMPLAINT

1

MICHAEL ABAD v. CARDWORKS SERVICING LLC

6. Defendant is a limited liability partnership with its principal office located 101 Crossways Park Drive, West Woodbury, NY 11797.

## IV. FACTUAL ALLEGATIONS

7. Plaintiff incurred a debt to Merrick Bank for the purchase of goods and services for Plaintiff's personal needs.

8. The debt was assigned to Defendant for collection.

9. Defendant sent its initial collection letter to Plaintiff dated March 15, 2011 identifying the creditor as Merrick Bank. A copy of the letter (reduced in size) is attached as Exhibit A.

10. Defendant's letter at the first sentence of the first paragraph of the letter states that Defendant "was hired to collect the debt" but the sentence is followed with a sentence that reads: "This letter is to offer you partnership in the Cardworks Servicing Settlement Program." The letter then follows with five paragraphs disclosing the so-called "Cardworks Servicing Settlement Program." These paragraphs are followed by the statement:

> **If you have any questions concerning the origination of this debt, please contact our office today, toll-free, at 1-877-487-5583.**

11. At the near-end of the letter in the smallest type on the page, the consumer notice required by 15 U.S.C. § 1692g is placed. The notice is overshadowed and contradicted by the language as described above.

12. The language in Defendant's letter would mislead the least sophisticated debtor as to the debtor's rights and therefore would undermine the effectiveness of the validation notice.

13. Defendant violates 15 U.S.C. § 1692e, 15 U.S.C.e(10), and 15 U.S.C.g.

14. The collection letter is a form letter as evidenced by the type style and postal mailing bar and is the same or similar to the letter sent to the putative class.

15. At all times pertinent hereto, the conduct of Defendant as well as its agents, servants and/or employees, was intentional, willful, reckless, negligent and in wanton disregard of federal law and the rights of Plaintiff and the putative class.

16. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. Defendant is a "debt collector" as defined by section 1692a(6) of the FDCPA.

18. Plaintiff is a "consumer" as defined by section 1692a(3) of the FDCPA.

19. Exhibit A sent to the Plaintiff by Defendants is a "communication" relating to a "debt" as defined by sections 1692a(2) and 1692a(5) of the FDCPA.

20. Defendant violated the FDCPA as to the Plaintiff and the class. Defendants' violations include violations of 15 U.S.C. §§ 1692e, 1692e(10) and 1692g as evidenced by the following conduct:

(a) Using false, deceptive and misleading representations or means in connection with the collection of an alleged debt by overshadowing and contradicting the validation notice required by 15 U.S.C. § 1692g;

(b) Using unfair or unconscionable means to collect or attempt to collect an alleged debt; and

(c) Failing to provide the consumer with an effective validation notice,

21. Defendants' acts as described above were done with intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of inducing Plaintiff to pay the debt.

22. As a result of the above violations of the FDCPA, Defendants are liable to Plaintiff and members of the class for statutory damages and attorney's fees and costs.

## VI. CLASS ALLEGATIONS

23. This action is brought as a class action. Plaintiff defines the class as (i) all persons with addresses within the state of California (ii) who were sent a letter from Defendant in the form of <u>Exhibit A</u> (iii) or similar to Exhibit A to recover a debt incurred for personal, family, or household purposes (iv) which was not returned undelivered by the United States Postal Service (v) during the period of time one year prior to the filing of this Complaint through

the date of class certification.

24. The class is so numerous that joinder of all members is impractical.

25 There are questions of law and fact common to the class, which predominate over any questions affecting only individual class members. The principal issue is whether Defendant violated the FDCPA as alleged in Plaintiff's First Cause of Action herein.

26. There are no individual questions, other than whether a class member was sent a letter in the form of <u>Exhibit A</u> or similar to Exhibit A, which can be determined by ministerial inspection of Defendant's records.

27. Plaintiff will fairly and adequately protect the interests of the class.

28. Plaintiff has retained counsel experienced in handling class claims and claims involving unlawful collection practices.

29. The questions of law and fact common to the class predominate over any issues involving only individual class members. The principal issue is whether Defendant's letter in the form of <u>Exhibit A</u> or similar to Exhibit A violates the FDCPA.

30. Plaintiff's claims are typical of the claims of the class, which all arise from the same operative acts and are based on the same legal theories.

31. A class action is a superior method for the fair and efficient adjudication of this controversy. Class-wide damages are essential to induce Defendants to comply with Federal law. The interest of class members in individually controlling the prosecution of separate claims against Defendant is small because the maximum statutory damages in an individual FDCPA action is $1,000.00. Management of these class claims are likely to present significantly fewer difficulties than those presented in many class actions, e.g., for securities fraud.

32. As a result of Defendant's violations of the FDCPA, Plaintiff and the class are entitled to an award of statutory damages, costs and reasonable attorney's fees.

### VII. <u>REQUEST FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

A. That an order be entered certifying the proposed class under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiff and his counsel to represent the

COMPLAINT                                                  MICHAEL ABAD v. CARDWORKS SERVICING LLC
4

class;

B.  That judgment be entered against Defendant for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B);

C.  That the Court award costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(2)(B)(3);

D.  That the Court grant such other and further relief as may be just and proper including punitive damages and injunctive relief.

Dated: 3.29.2011

Irving L. Berg

## VIII. JURY DEMAND

Plaintiff hereby demands that this case be tried before a jury.

Dated: 3.29.2011

/s/ Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEY FOR PLAINTIFF

**EXHIBIT A**

CARDWORKS SERVICING, LLC
P.O. BOX 9201
OLD BETHPAGE, NY 11804

March 15, 2011
RE: 4120614032197373
Creditor – Merrick Bank

Michael Abad          D
198 Gambetta St
Daly City, CA 94014-1879

Dear Michael Abad,

Please be aware that our company, CardWorks Servicing, LLC, has been hired to collect the above referenced debt. This letter is to offer you participation in the CardWorks Servicing Settlement Program. You may settle the above referenced account by choosing either the Lump Sum or Extended offers described below. Please understand we are not obligated to renew this offer. Our client may report information about your account to credit bureaus, late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Lump Sum (1 payment)
We will consider the above-referenced account settled, in full, if you make a one-time payment of $644.80 (which equals 60.0% of the outstanding balance of $1,074.66) prior to the expiration date at the bottom of this letter.

Extended offer (pay over time)
We will consider the above-referenced account settled, in full, if you make payments as follows:
- Remit your first payment in the amount of $23.88 within 35 days of this letter.
- Continue to make monthly payments in the amount of $23.88.
- Payments must be made every 30 days for 36 months.
- Failure to make the agreed upon monthly payments will void this offer, and the current balance will be owed in full.

As long as you are enrolled in the Extended Settlement Program, CardWorks Servicing will cease collection activity on this account. If payments are not made on or before the dates identified above, CardWorks Servicing will resume its attempts to collect the full balance owed and the payment arrangement described in this offer will no longer be honored. After your settlement is complete, Merrick Bank will forgive any remaining balance and report to the credit bureau agencies that this account has been settled.

We have now created three convenient ways for you to settle your debt:
- Visit us at www.solvethatdebt.com and enter your response code (0201-1031-3002-4503)
- Call into our call center at 1-877-487-5583 and make your payment over the phone
- Mail your payment with the voucher below

If you have any questions including the origination of this debt, please contact our office today, toll-free, at 1-877-487-5583. Hours of operation are Monday-Wednesday and Friday 8:00 AM to 9:00 PM EST, Thursday 12:30 PM-9:00 PM EST, and Saturday 8:00 AM – 4:30PM EST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,
CardWorks Servicing, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

CALIFORNIA RESIDENTS:
THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 AM OR AFTER 9 PM. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGEMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.
Nonprofit credit counseling services may be available in the area.

IMPORTANT NOTIFICATION REQUIRED BY FEDERAL LAW - FEDERAL NOTICE:
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

CW_PSL 1111 Y

*Please detach and return with payment in envelope provided*

Make checks payable to CardWorks Servicing

Name: Michael Abad
Address: 198 Gambetta St
Daly City, CA 94014-1879

Account number: 4120614032197373
This offer expires April 30, 2011
Payment Amount: $644.80

Mail payment to:

CardWorks Servicing
P.O. Box 5721
Hicksville, NY 11802-5721