Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Facsimile)
irvberg@comcast.net (Email)

ATTORNEY for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ABAD, an individual, | Case No.: CV 11 1745 EMC |
| Plaintiff, | [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| CARDWORKS SERVICING LLC, | |
| Defendants. | |

Good cause appearing, the Case Management Conference set for July 15, 2011 is rescheduled for  9/2/11  at 9:00 am.

In all other respects, this Court's order of June 24, 2011 shall remain in effect.

DATED: 7/5/11

Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen