IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ABAD, individually and behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CARDWORKS SERVICING LLC,<br><br>Defendant. | CASE NO. 3:11-cv-01745-EMC-JCS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION CUT-OFF**<br><br>CMC Date:   September 2, 2011<br>Time:             9:00 a.m.<br>Location:     Courtroom ~~9~~ 7 |

The Court has reviewed the Stipulation of Plaintiff MICHAEL ABAD and Defendant CARDWORKS SERVICING LLC to Continue the Case Management Conference and Mediation Cut-Off Date.

Pursuant to the Stipulation between the parties and for good cause, the Court orders as follows:

The Mediation Cut-Off date is hereby continued 60 days from September 25, 2011 to November 23, 2011.

---

1

06751.00/177166      [PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE CASE MANAGEMENT
CONFERENCE AND MEDIATION CUT-OFF

1   The Case Management Conference is hereby continued from September 2, 2011 to December
2   2, 2011 at 9:00 a.m.   A Joint CMC Statement shall be filed by November 25, 2011.

**IT IS SO ORDERED**

DATED: ___8/30/11___

UNITED STATES DIS
NORTHERN DISTRIC

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2
06751.00/177166   [PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE CASE MANAGEMENT
CONFERENCE AND MEDIATION CUT-OFF