UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MICHAEL ABAD,
        Plaintiff,

    v.

CARDWORKS SERVICING, LLC,
        Defendant.

No. C 11-1745 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     November 2, 2011
Mediator:  Jessica Notini

    IT IS HEREBY ORDERED that the request to excuse defendant's party representative from appearing in person at the November 2, 2011 mediation before Jessica Notini is DENIED.

    IT IS SO ORDERED.

October 25, 2011        By:     *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge