1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8

MICHAEL ABAD, etc.,                                   No. C11-1745 EMC

9

        Plaintiff,

10

   v.                                         **ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S**

11

CARDWORKS SERVICING LLC,                    **MOTION FOR ADMINISTRATIVE
RELIEF TO CONTINUE HEARING ON**

12

       Defendant.                              **PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION, ETC.**

13

_____/          **(Docket #30)**

14

15

     Defendant has filed an administrative motion requesting that the Court: (1) continue the

16

parties' briefing schedule and hearing date for Plaintiff's Motion to Certify a Class, Docket No. 25,

17

until after the Court has ruled on Defendant's Motion to Compel Arbitration, Docket No. 32; (2)

18

continue the initial Case Management Conference set for December 2, 2011, until after the Court has

19

ruled on the Motion to Compel Arbitration; and (3) continue the parties' mediation set for November

20

2, 2011, until after the Court has ruled on the Motion to Compel Arbitration.  Plaintiff's response

21

indicates that he opposes the request to continue the mediation and the request to continue the case

22

management conference, Docket No. 36.  However, Plaintiff does not indicate any opposition to the

23

request to continue the class certification briefing schedule and hearing.

24

     Accordingly, the Court hereby orders:

25

     (1) Defendant's request to continue the briefing and hearing schedule regarding class

26

certification is GRANTED.  Defendant's time to respond to Plaintiff's Motion for Class Certification

27

is extended to 21 days after a ruling on Defendant's Motion to Compel Arbitration, and the time for

28

Plaintiff's reply and the hearing date on the Motion for Class Certification is continued accordingly.

**United States District Court**
For the Northern District of California

1    The Court will set the parties' briefing schedule and hearing date on the Motion for Class

2    Certification in its order on Defendant's Motion to Compel Arbitration;

3         (2) Defendant's request to continue the initial Case Management Conference set for

4    December 2, 2011, is DENIED.  The CMC is to be heard at the same time as Defendant's Motion to

5    Compel on December 2, 2011 at 1:30 p.m. ; and

6         (3) Defendant's request to continue the mediation set for November 2, 2011, is DENIED.

7    IT IS SO ORDERED.

8    Dated:  October 31, 2011

9

10   _____
     EDWARD M. CHEN

11   United States District Judge

**United States District Court**
For the Northern District of California