Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Facsimile)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ABAD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDWORKS SERVICING, LLC,<br><br>Defendant. | Case No.: CV 11-1745-EMC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT CARDWORKS WITH PREJUDICE AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>ORDER |

IT IS HEREBY STIPULATED by and between plaintiff MICHAEL ABAD ("Plaintiff") and CARDWORKS SERVICING LLC, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendant CARDWORKS shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees. The putative class claims shall be dismissed without prejudice.

Dated: 11.29.2011

THE BERG LAW GROUP
by Irving L. Berg
Attorney for Plaintiff

Dated: 11/29/2011

IT IS SO ORDERED:

CARLSON & MESSER LLP
by David J. Kaminski
Attorney for Defendant

_____
Edward M. Chen
U.S. District

[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]

ABAD v. CARDWORKS SERVICING LLC
Case No.: CV 11-1745-EMC